```
UNITED STATES DISTRICT COURT
 EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA

-Against-
                                                  Crim. Doc. No.12-036
JOHN BOKUN.

              Defendant,

--------------------------------------x
```

      Please accept this notice of appearance stating that the undersigned firm of LaRusso & Conway by Joseph R. Conway hereby has been retained to represent the defendant John Bokun in connection with the above-captioned case.

**LARUSSO & CONWAY LLP**

**300 Old Country Rd**

**Suite 341**

**Mineola NY 11501**

**516 248-3520**

**Bar Code JRC5516**