**CRIMINAL CAUSE FOR STATUS CONF :** _____

BEFORE JUDGE FEUERSTEIN          January 26, 2012          30 Minutes
CR- 12-36

DEFT NAME: Jonathan Bokun # 1
_X_ present ___ not present     ___ cust.     _X_ bail

DEFENSE COUNSEL: **Joe Conway**
_X_ present ___ not present     ___ CJA     _x_ RET.     ___ LAS

A.U.S.A.: **C. Ott**                    CLERK: Bryan Morabito

COURT REPORTER: S. Picozzi              OTHER: _____
INT:    (LANG.-       )

_X_  CASE CALLED.   _X_  DEFT APPEARS WITH COUNSEL.
___  DEFT APPEARS WITHOUT COUNSEL.
___  COUNSEL PRESENT WITHOUT DEFT.
___  STATUS CONF/HRG FOR DEFT  ADJ'D TO _____.
_X_  STATUS CONF/HRG FOR DEFT HELD.
___  JURY SELECTION SET FOR  _
     ___ BEFORE J. FEUERSTEIN ___ PARTIES CONSENT TO MAGISTRATE.
___  TRIAL SCHEDULED FOR .

_X_  **SPEEDY TRIAL** INFO FOR DEFT   ___ STILL IN EFFECT
     CODE TYPE_____ START 1/26/12          STOP 2/29/12
     _X_  In the interest of justice as stated on the record, and
          with consent of the parties.

___  STATUS CONF/HRG CONT'D TO_____.
_X_  FURTHER STATUS CONF/HRG SET FOR 2/29/12 AT 11:15 am.
DEFT___ SWORN ___ ARRAIGNED ___ INFORMED OF RIGHTS
        ___ WAIVES TRIAL BEFORE DISTRICT COURT

___  DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS._
     _____ OF THE INDICTMENT.
___  COURT FINDS FACTUAL BASIS FOR THE PLEA.
___  **DEFT REQUESTS RETURN OF PROPERTY**   ___ **ORDER FILED.**
___  SENTENCING TO BE SET BY PROBATION.

OTHER: Curfew Modified from 7am to 7pm to allow defendant to go to work.