## CRIMINAL CAUSE FOR STATUS CONF : _____

BEFORE JUDGE FEUERSTEIN        March 1, 2012        30 Minutes
CR- 12-36

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y
★ MAR 0 1 2012 ★
LONG ISLAND OFFICE

DEFT NAME: Michael Manfredi # 1 _____
X present ___ not present      X cust.       ___ bail

DEFENSE COUNSEL: **Michael Siroka** _____
X present ___ not present      ___ CJA    x RET.    ___ LAS

DEFT NAME: Jonathan Bokun # 2 _____
X present ___ not present      ___ cust.    X bail

DEFENSE COUNSEL: **Joe Conway** _____
X present ___ not present      ___ CJA    X RET.    ___ LAS


A.U.S.A.: **Christopher Ott** _____      CLERK: Jasmine Major

COURT REPORTER: Perry Auerbach _____   OTHER: ___
INT: ___ (LANG.- _____) _____

- X   CASE CALLED.   X   DEFT APPEARS WITH COUNSEL.
- ___ DEFT APPEARS WITHOUT COUNSEL.
- ___ COUNSEL PRESENT WITHOUT DEFT.
- ___ STATUS CONF/HRG FOR DEFT  ADJ'D TO _____.
- X   STATUS CONF/HRG FOR DEFT HELD.
- ___ JURY SELECTION SET FOR  ─
  - ___ BEFORE J. FEUERSTEIN ___ PARTIES CONSENT TO MAGISTRATE.
- ___ TRIAL SCHEDULED FOR .

- X   **SPEEDY TRIAL** INFO FOR DEFT    ___ STILL IN EFFECT
      CODE TYPE_____ START 3/1/12 _____ STOP 4/10/12
      X   In the interest of justice as stated on the record, and
          with consent of the parties.

- ___ STATUS CONF/HRG CONT'D TO_____.
- X   FURTHER STATUS CONF/HRG SET FOR 4/10/12 AT 11:15 am as to both defendants.
- DEFT___ SWORN ___ ARRAIGNED ___ INFORMED OF RIGHTS
  ___ WAIVES TRIAL BEFORE DISTRICT COURT

- ___ DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS._
  _____ OF THE INDICTMENT.
- ___ COURT FINDS FACTUAL BASIS FOR THE PLEA.
- ___ **DEFT REQUESTS RETURN OF PROPERTY**   ___ **ORDER FILED.**
- ___ SENTENCING TO BE SET BY PROBATION.

OTHER:_____