# LaRusso & Conway, LLP

300 OLD COUNTRY ROAD
SUITE 341
MINEOLA, NY 11501
TEL: (516) 248-3520 • FAX: (516) 248-3522

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ APR 06 2012 ★

LONG ISLAND OFFICE

April 4, 2012

Hon. Sandra J. Feuerstein
United States District Court
Eastern District of New York
1044 Federal Plaza
Central Islip, NY 11722

**Order**
The application is:
✓ granted On Consent.
___ denied
___ referred to Magistrate Judge _____ for
___ decision
___ report and recommendation

Re: United States v. Bokum
Docket No. 12 CR 36 (SJF)

s/ Sandra J. Feuerstein

Dear Judge Feuerstein:

4/6/2012

On December 19, 2011, the defendant was arraigned on a complaint. The defendant was released on the following conditions: $500,000 bond secured by property belonging to his step-father in South Carolina, (that property was posted and a confession of judgment on said property was executed and filed). In addition, the Court ordered electronic monitoring with permission top leave the home for employment, court and or attorney visits and other emergencies. Defendant was also ordered to surrender his passport which he has complied with. To date, the defendant has been fully compliant with all the conditions ordered. Without employment during this period the defendant has been confined to his residence.

At this time the government has no opposition to amending the above-described bail conditions to remove the electronic monitoring and home arrest conditions. The parties agree that the defendant shall report once a week in person and report daily by telephone to his Pre-trial Services Officer. Therefore, it is respectfully requested that the Court amend the bail conditions as such.

Very truly yours,

Joseph R. Conway

cc: AUSA Chris Ott
Dennis Khilkevich, SDNY Pre-trial Services.