# LaRusso & Conway, LLP

300 Old Country Road
Suite 341
Mineola, NY 11501
Tel: (516) 248-3520 • Fax: (516) 248-3522

April 9, 2012

Hon. Sandra J. Feuerstein
United States District Judge
United States District Court
100 Federal Plaza
Central Islip, New York 11787

        Re:    United States v. John Bokun
                  Criminal Docket No. 12 CR 36 (SJF)

Dear Judge Feuerstein:

      Pursuant to our phone conversation with Cambers on April 9, 2012, this letter is to acknowledge that the status conference scheduled for April 10, 2012, is adjourned and the next conference in this matter is scheduled for May 9, 2012. I have spoke with AUSA Chris Ott who no objection to this request.

      This letter also acknowledges that I have discussed the speedy trial rules with my client and he has authorized me to inform the Court that he understands said rules and hereby agrees to waive speedy trial from April 10, 2012 to and including May 9, 2012.

                                                Respectfully submitted,

                                                Joseph R. Conway

cc:    AUSA Chris Ott