UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,                ORDER OF REFERRAL

            - against -              CR- 12-36-SJF

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y
★ MAY 08 2012 ★
**LONG ISLAND OFFICE**

JONATHAN BOKUN

                Defendant.
----------------------------------------------------X
FEUERSTEIN, J.

       The defendant, JONATHAN BOKUN, having applied for permission to enter a plea of guilty, and having consented to have a United States Magistrate Judge hear the application, the Court refers the matter to Magistrate Judge Gary R. Brown to administer the allocution pursuant to F.R. Crim. P. Rule 11, and to make (a) a finding as to whether the plea is knowingly and voluntarily made and not coerced, and (b) a recommendation as to whether the plea of guilty should be accepted.

                                              SO ORDERED:

                                              _S/sjf_____
                                              Sandra J. Feuerstein
                                              United States District Judge

Dated: Central Islip, New York
        May 8, 2012

**CONSENTED TO:**

**DEFENDANT:** _[signature]_

**ATTORNEY FOR DEFENDANT:** _[signature]_