# LaRusso & Conway, LLP

300 Old Country Road
Suite 341
Mineola, NY 11501
Tel: (516) 248-3520 • Fax: (516) 248-3522

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ JUN 13 2012 ★

LONG ISLAND OFFICE

June 8, 2012

**Order**
The application is:
__✓__ granted on Consent
____ denied
____ referred to Magistrate Judge _____
____ decision
____ report and recommendation

s/ Sandra J. Feuerstein

6/13/2012

Judge Sandra J. Feuerstein
United States District Court
Eastern District of New York
100 Federal Plaza 11722
Central Islip, NY 11722

Re:   United States v. John Bokun
      Docket No. CR-12-00036

Dear Judge Vitaliano,

This letter is respectfully submitted to seek permission for my client, John Bokun to travel to North Hampton, New Hampshire. He is driving with his family Thursday July 5, 2012 and arriving back in New York on Monday July 9, 2012. The reason for this trip is that is his whole family will be together for a wedding and to celebrate his great aunt's 90th birthday. The Bokum family will be staying with their cousin Lori Sowers at 74 Lovering Road, in North Hampton, New Hampshire.

I have spoken Assistant United States Attorney Christopher Ott who has no objections to our request. And Dennis Khilkevich from Pre-Trial Services who also has no objection to our request for travel.

Thank you for your attention to this matter.

Respectfully Submitted,

Joseph R. Conway, Esq.

cc:   AUSA Christopher Ott
      PTSO Dennis Khilkevich