CO:KH:bsg
F:#2011R012086

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E D N Y

★  JAN 0? 2013  ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

   - against -

JONATHAN BOKUN,

          Defendant.

- - - - - - - - - - - - - - - - X

Cr. No. 12-0036

(Feuerstein, J.)

## FINAL ORDER OF FORFEITURE

WHEREAS, on May 23, 2012, this Court entered a Preliminary Order of Forfeiture (the "Preliminary Order"), wherein JONATHAN BOKUN (the "Defendant") forfeited all right, title and interest in One Dassault-Breguet Falcon 10, registration number N 404JW, aircraft serial number 29 seized on or about January 11, 2012 at Republic Airport located in Farmingdale, New York (the "Forfeited Asset"), pursuant to 21 U.S.C. § 853(a), as property that constitutes or is derived from proceeds obtained directly or indirectly, as a result of his violations of (inter alia means "among other things", only use it if there were other violations he pled to but aren't listed), 21 U.S.C. § 846, and/or as property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of his violations of said offenses, and/or as substitute assets, pursuant to 21 U.S.C. § 853(p);

WHEREAS, legal notice of the Preliminary Order of

Forfeiture was published on an official government website, www.forfeiture.gov, beginning on June 2, 2012 through and including July 1, 2012; and

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Forfeited Asset, and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED and DECREED, that all right, title and interest in the Forfeited Asset is hereby condemned, forfeited and vested in the United States of America; and

IT IS FURTHER ORDERED, ADJUDGED and DECREED, that the United States Department of Homeland Security, Homeland Security Investigations (HSI), and all duly authorized agents and/or contractors, are hereby authorized to dispose of the Forfeited Asset in accordance with all laws and regulations; and

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the United States District Court for the Eastern District of New York shall retain jurisdiction over this case for the purpose of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary; and

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment of forfeiture to the United States in .

-3-

accordance with the terms of this Order and the Preliminary Order of Forfeiture; and

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Clerk of the Court shall forward five (5) certified copies of this Final Order to the United States Attorney's Office, 610 Federal Plaza, Central Islip, New York 11722, Attn: Brian Gappa, FSA Asset Forfeiture Paralegal.

Dated:   Central Islip, New York
       January 7, 2013

s/ Sandra J. Feuerstein

HONORABLE SANDRA J. FEUERSTEIN
UNITED STATES DISTRICT JUDGE